UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION



FILED
JUN 1 1 2012
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNDISTRIBUTED BALANCE

TO: CLERK, U.S. BANKRUPTCY COURT

FROM: MICHAEL H. MEYER, CHAPTER 13 TRUSTEE

DATE: JUNE 1, 2012

DEBTOR (S): PADILLA, JOSE & MARIA

CASE NUMBER: 12-11559

AMOUNT: $1,365.00

Unclaimed money: TREASURY REGISTRY

Transmitted herewith is a check in the above amount for deposit with the Court as undistributed balance in the above named case. (Make check payable to "Clerk, U.S. Bankruptcy Court" and attach check to form.)

EXPLANATION OF SOURCES:

UNCLAIMED CREDITOR FUNDS

TRUSTEE CLAIM NUMBER: 009

INDYMAC
6900 BEATRICE DR
KALZMAZOO, MI 49009

ACCTNO: NONE AVAILABLE

TRUSTEE

Receipt # 212-15283